MONT C. MERKER, Respondent, *v.* HENRY D. BULTMAN, Appellant.

*Merker* v. *Bultman*, 110 App. Div. 889, affirmed.
(Argued October 23, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for breach of contract.

*Benjamin N. Cardozo* and *August L. Martin* for appellant.

*Rudolph F. Rabe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.